| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | MATTHEW D. MORAN (SBN 197075)<br>mmoran@roll.com<br>MICHAEL JAVAHERI (SBN 249815)<br>mjavaheri@roll.com<br>ROLL LAW GROUP PC<br>11444 West Olympic Boulevard<br>Los Angeles, California 90064-1557<br>Telephone:  (310) 966-8400<br>Facsimile:   (310) 966-8810 |
| 6<br>7 | Attorneys for Plaintiff<br>POM WONDERFUL LLC |

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| POM WONDERFUL LLC, a Delaware limited liability company,<br><br>           Plaintiff,<br><br>    vs.<br><br>GIDA MADDELERI ITH. IHR. TIC. SAN. A.S, dba GOKNUR FOODSTUFFS IMPORT EXPORT TRADING AND PRODUCTION COMPANY, a Turkish Company, and DOES 1-10 inclusive,<br><br>           Defendant. | Case No. CV11-09249 SJO FFMx<br><br>**ORDER RE: STIPULATED NOTICE OF SETTLEMENT AND DISMISSAL**<br><br>Judge:  Hon. S. James Otero |

{2411696.1}

[PROPOSED] ORDER RE: STIPULATED NOTICE OF SETTLEMENT AND DISMISSAL

Based on Plaintiff POM WONDERFUL LLC and Defendant GÖKNUR GIDA MADDELERI ENERJI IMALAT ITALAT IHRACAT TICARET VE SANAYI A.S. (dba GOKNUR FOODSTUFFS IMPORT EXPORT TRADING COMPANY) (together, "the Parties") Stipulated Notice of Settlement and Dismissal;

**IT HEREBY ORDERED THAT**:

Pursuant to a settlement agreement entered into by and between the Parties, this action is dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED:  June 17, 2015

*S. James Otero*
_____
Hon. S. James Otero
United States District Court Judge

{2411696.1}

[PROPOSED] ORDER RE: STIPULATED NOTICE OF SETTLEMENT AND DISMISSAL